PROB 12C
(7/93)

Report Date: August 22, 2014

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arturo Lizarraga-Garcia     Case Number: 2:06CR00114-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 17, 2007

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 18 U.S.C. § 1326 | |
| Original Sentence: | Prison 77 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: September 7, 2012 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 6, 2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.

**Supporting Evidence**: On August 11, 2014, Mr. Lizarraga-Garcia was charged in the United States District Court in the Southern District of California (cause number 2:14MJ08736-PCL) with Deported Alien Found In the United States, in violation of 8 U.S.C. § 1326.

According to the probable cause statement, on August 8, 2014, a U.S. Border Patrol agent, encountered Mr. Lizarraga-Garcia 12 miles east of the Calexico West Port of Entry. He was questioned by the agent who determined Mr. Lizarraga-Garcia was a citizen of Mexico without the proper documentation to remain, stay, or reside in the United States legally. Mr. Lizarraga-Garcia was placed under arrest. After he was read his Miranda rights, Mr. Lizarraga-Garcia was willing to answer questions by the agent without an attorney present. Mr. Lizarraga-Garcia admitted he was a citizen of Mexico, and that he did not possess any documentation allowing him to legally work or reside in the United States.

Prob12C
**Re: Lizarraga-Garcia, Arturo**
**August 22, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Erik Carlson

August 22, 2014

Erik Carlson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

8/22/2014
Date